# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW OPHEIM *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VOLKSWAGEN AKTIENGESELLSCHAFT *et al.*, <br><br> Defendants. | Case No.: 2:20-cv-02483-KM-ESK <br><br> **NOTICE OF MOTION** |

To:   All persons on ECF mailing list

COUNSEL:

    PLEASE TAKE NOTICE that on such date and time as the Court shall determine, the undersigned counsel for Plaintiffs shall move before Hon. Kevin McNulty, United States District Judge at the Martin Luther King Federal Building, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P. 23(e) and (g) granting preliminary approval of the proposed settlement between Plaintiffs and Defendant Volkswagen of America, Inc., and appointing the law firms of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., and Kessler Topaz Meltzer & Check, LLP, as Settlement Class Counsel.

    The undersigned intends to rely upon the annexed Brief, Declaration of James E. Cecchi, and the exhibits annexed thereto.

The undersigned hereby requests oral argument.

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

s/ *James E. Cecchi*
James E. Cecchi
Caroline F. Bartlett
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer
Melissa L. Yeates (*Pro Hac Vice*)
Tyler S. Graden
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Proposed Lead Settlement Class Counsel*