# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW OPHEIM *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT *et al.*,<br><br>Defendants. | Case No.: 2:20-cv-02483-AME |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Matthew Opheim, Greta Opela, Kia Holyfield, Kenneth Eldridge, Carl Popolo, Ken Barton, Matthew Kieran Byrne, William Hendra, Madalen Tejada, Melissa Gallo, Saara Massahood, Robert Mills, Ivan Cugel, Kathy Madore, Kelley Morgan, and Michelle Vargas (collectively, "Plaintiffs") respectfully move the Court for an Order: (i) granting final approval to the Settlement set forth in the Settlement Agreement (the "Settlement Agreement" or "SA"); (ii) certifying a Settlement Class for settlement purposes only; (iii) granting final appointment of the Plaintiffs as Settlement Class Representatives and the law firms of Carella Byrne Cecchi Olstein Brody & Agnello, P.C. ("Carella Byrne"), Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz"), as Settlement Class Counsel; (iv) confirming the

appointment of Angeion Group as the Settlement Claim Administrator; and (v) entering a final judgment dismissing the Action with prejudice.

In support, Plaintiffs have filed a Memorandum of Law and the Declaration of James E. Cecchi, with exhibits thereto.

A proposed Final Order and Judgment will be submitted in advance of the Final Fairness Hearing.

Dated: July 8, 2024

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

s/ *James E. Cecchi*
James E. Cecchi
Caroline F. Bartlett
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer
Melissa L. Yeates (*Pro Hac Vice*)
Tyler S. Graden
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jmeltzer@ktmc.com
myeates@ktmc.com
tgraden@ktmc.com

*Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

s/ *James E. Cecchi*
James E. Cecchi

3